**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Lindsey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1725 A AVE LLC, et al.,<br><br>　　　　Defendants. | No. CV-21-00161-TUC-DCB<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal with Prejudice and good cause appearing,

**Accordingly,**

**IT IS ORDERED** granting the Stipulation (Doc. 18); the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 28th day of March, 2022.

Honorable David C. Bury
United States District Judge